UNITED STATES DISTRICT COURT
FOURTH DIVISION
DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew Rydberg, | Court File No. 15-CV-02856-MJD-FLN |
| Plaintiff, | |
| v. | **ORDER TO REMAND** |
| Encompass Indemnity Company, | |
| Defendant. | |

Based upon the Parties' Stipulation to Remand [Doc. #6], the Court lacks diversity jurisdiction over the matter under 28 U.S.C. § 1332. Therefore, this matter is hereby REMANDED to Sherburne County District Court, State of Minnesota.

Dated: August 19, 2015      BY THE COURT:


s/Michael J. Davis
The Honorable Michael J. Davis
United States District Court Judge